IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANTY MICHEL,

    Petitioner,

v.                                                        CASE NO. 4:06-cv-00127-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, which recommends that Petitioner Michel's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, be denied, and that this case be dismissed with prejudice. The Magistrate Judge filed the Report and Recommendation on Monday, March 10, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

After a jury trial, Petitioner was found guilty of lewd and lascivious conduct involving a victim under the age of 16, and he was subsequently sentenced to five years imprisonment. Petitioner appealed his conviction and sentence, both of which were affirmed, and Petitioner then sought post-conviction relief in state court. The state court denied his claims for relief, and Petitioner now raises two of those grounds before this Court. In the instant petition, Petitioner challenges on due process grounds the trial court's decision preventing him under the rape shield law from cross-examining the victim regarding her past allegations of sexual misconduct, and

Petitioner challenges trial counsel's effectiveness in failing to renew the objection to the exclusion of a juror.  In a thorough report, the Magistrate finds that the state court decision is not contrary to, nor an unreasonable application of, clearly established federal law, and therefore the instant petition should be denied.

The Court agrees with the Magistrate that the state court's ruling is entitled to deference and does not violate § 2254(d).  Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Petitioner Michel's petition for writ of habeas corpus, Doc. 1, is DENIED, and this case is DISMISSED WITH PREJUDICE.

**DONE AND ORDERED** this   *11th* day of April, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge